UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN KRAUSE,<br><br>    Plaintiff,<br><br>  v.<br><br>HAWAIIAN AIRLINES, INC.,<br><br>    Defendant. | No. 2:18-cv-00928-JAM-AC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EX PARTE APPLICATION TO EXTEND THE DISCOVERY CUT-OFF** |

    This matter is before the Court on Plaintiff's Ex Parte Application To Extend the Discovery Cut-Off. ECF No. 18. Defendant opposes the application and requests sanctions against Plaintiff's counsel. ECF No. 21. The requested extension requires the Court to reschedule all dates listed in the Pretrial Scheduling Order. ECF No. 19.

    The Court will grant Plaintiff's motion in part and extend the discovery cut-off date for both sides for an additional 120 days. The Court will not extend the date for the disclosure of expert witnesses, including supplemental and rebuttal experts. This extension is expressly conditioned on Plaintiff's counsel agreeing to pay Defendant's counsels' fees and costs incurred in participating in discovery occurring after June 21, 2019, not to

1

exceed $10,000.  The amended schedule is as follows:

|  | **Original Date** | **New Date** |
|---|---|---|
| **All Discovery** | June 21, 2019 | October 19, 2019 |
| **Dispositive Motions Filed By** | July 16, 2019 | November 12, 2019 |
| **Dispositive Motions Heard By** | August 13, 2019 | December 10, 2019 |
| **Final Pre-Trial Conference** | September 27, 2019 at 10:00 a.m. | January 24, 2020 at 10:00 a.m. |
| **Jury Trial** | November 4, 2019 at 9:00 a.m. | March 2, 2020 at 9:00 a.m. |

IT IS SO ORDERED.

Dated: June 19, 2019

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE